IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

WILLIAM A. BRADFORD, JR.                                                                    PLAINTIFF

v.                                          Case No. 4:10-CV-04162

OFFICER JIMMY SMITH, Hempstead County
Detention Facility; SGT. JEREMY BROWN,
Hempstead County Detention Facility; LT.
STEVEN GLOVER, Hempstead County
Detention Facility; and CPT. JOHNNY
GODBOLT, Hempstead County Detention
Facility                                                                                    DEFENDANTS

## O R D E R

Currently before the Court is the Report and Recommendations (Doc. 21) filed in this case on September 27, 2011, by the Honorable Barry A. Bryant, United States Magistrate for the Western District of Arkansas.  More than fourteen (14) days have passed without objections being filed by the parties.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**.  Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendations, the Motion for Judgment on the Pleadings (Doc. 14) filed by Separate Defendants Brown, Glover, and Godbolt is **GRANTED**. IT IS ORDERED that all claims against Separate Defendants Brown, Glover, and Godbolt be DISMISSED. Plaintiff's claims against Separate Defendant Smith remain pending for later resolution.

IT IS SO ORDERED this 19th day of October, 2011.

/s/ P. K. Holmes, III
P.K. HOLMES, III
UNITED STATES DISTRICT JUDGE