IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

WILLIAM A. BRADFORD, JR.                                                                    PLAINTIFF

vs.                                        Case No. 4:10-cv-4162

OFFICER JIMMY SMITH                                                                          DEFENDANT

## JUDGMENT

Before the Court is the Report and Recommendation filed June 20, 2012 by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 29). Judge Bryant recommends that Defendant's Motion to Dismiss (ECF No 28) be granted and the above-styled case be dismissed with prejudice for failure to prosecute and failure to follow a court order. Specifically, Plaintiff has failed to keep the Court and opposing counsel informed of his current address. The parties have not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. Defendant's Motion to Dismiss (ECF No. 28) is **GRANTED**, and Plaintiff's claims are **DISMISSED WITH PREJUDICE** as to all Defendants.

**IT IS SO ORDERED**, this 11th day of July, 2012.

/s/ Susan O. Hickey
Hon. Susan O. Hickey
United States District Judge